

ENTERED
09/16/2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 18-34245 |
| SOUTH TEXAS INNOVATIONS, L.L.C. § | CHAPTER 11 |
| § | |
| Debtor(s). § | DAVID R. JONES |

### ORDER UNDER 11 U.S.C. § 1125 AND FED. R. BANKR. P. 3017 CONDITIONALLY APPROVING DISCLOSURE STATEMENT AND FIXING DEADLINES FOR VOTING AND OBJECTIONS AND SETTING FINAL HEARING ON DISCLOSURE STATEMENT AND CONFIRMATION HEARING
(Docket No. 147)

The Court has considered the amended disclosure statement (the "Disclosure Statement") in support of the proposed Plan of Reorganization (the "Plan") submitted by the Debtor. The Court has determined that (i) the Disclosure Statement should be conditionally approved, (ii) deadlines should be established for voting and objections and (iii) a hearing should be scheduled to consider final approval of the Disclosure Statement and confirmation of the Plan. Accordingly, it is

**ORDERED THAT**:

1. The Disclosure Statement is conditionally approved subject to the agreed changes announced on the record. The Debtor shall file a conforming copy of the amended disclosure statement. The Debtor is authorized to solicit votes with respect to the Plan.

2. The Debtor shall mail a copy of this Order, the combined Plan and Disclosure Statement, a ballot(s) and any supporting statements (collectively, the "Solicitation Package") to all known creditors and interest holders as provided by FED. R. BANKR. P. 3017(d) by September 23, 2019.

3. November 12, 2019 at 5:00 p.m. (prevailing Central Time) is the deadline for filing ballots accepting or rejecting the Plan. All ballots must be served by fax (713-956-5570), electronic mail (jjp@walkerandpatterson.com), mail (Walker & Patterson, P.C., P.O. Box 61301, Houston, TX 77208-1301) or hand delivery to the counsel for the Debtor prior to the foregoing deadline in order to be counted.

4. November 12, 2019 at 5:00 p.m. (prevailing Central Time) is the deadline for filing and serving written objections to confirmation of the Plan pursuant to FED. R. BANKR. P. 3020(b)(1) or final approval of the Disclosure Statement under 11 U.S.C. § 1125 and FED. R. BANKR. P. 3017. Any objections must be filed with the Clerk of this Court and must be served by facsimile, electronic mail or hand delivery on or before such date on counsel for the Debtor.

5. The Court will conduct an evidentiary hearing in Courtroom 400, 4th Floor, United States Courthouse, 515 Rusk, Houston, Texas 77002 to consider final approval of the Disclosure Statement and confirmation of the Plan on November 19, 2019 at 2:30 p.m. (prevailing Central Time).

**SIGNED: September 16, 2019.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**