IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 Bankruptcy |
| | ) | Case No. 18-34245 |
| SOUTH TEXAS INNOVATIONS, LLC, | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |

## NOTICE OF RESETTING FINAL HEARING

TAKE NOTICE THAT the Court has reset the final hearing on the Motion for Relief From Stay to Permit Archer Western Construction, LLC to Exercise its Contractual Rights and Remedies and for Other Relief [Dkt. 98] for Monday, November 4, 2019 at 2:00 p.m. in Courtroom 400, 515 Rusk, 4th Floor, Houston, Texas 77002.

Respectfully submitted,

By: */s/ Tracey L. Williams*
Timothy D. Matheny
Texas Bar No. 24000258
tmatheny@pecklaw.com
Tracey L. Williams
Texas Bar No. 24031954
twilliams@pecklaw.com
PECKAR & ABRAMSON, P.C.
8080 N. Central Expressway
Suite 1600, LB 65
Dallas, Texas 75206
TELEPHONE: (214) 523-5100
FACSIMILE:   (214) 521-4601

        Daniel E. Budorick
        Illinois Bar No. 06200516
        PECKAR & ABRAMSON, P.C.
        30 North LaSalle Street
        Suite 4126
        Chicago, IL  60602
        TELEPHONE: (312) 881-6301
        FACSIMILE:   (312) 435-2482
        dbudorick@pecklaw.com

        Attorneys for Creditor
        ARCHER WESTERN CONSTRUCTION, LLC

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of this *Notice of Resetting Final Hearing* was served by ECF and/or U.S. First Class Mail on October 3, 2019, to the parties on the Service List attached hereto as Exhibit 1.

        */s/ Tracey L. Williams*
        Tracey L. Williams